610

419 A.2d 195
Woods et ux., Appellants, v. Bahn.

Submitted March 12, 1979. Howard L. Stern, for appellant; Donald B. Hoyt, for appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Reversed and remanded.

July 27, 1979.

419 A.2d 196
Commonwealth v. Allen, Appellant.

Submitted March 23, 1979. Ronald F. O'Driscoll, Assistant Public Defender; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.